**Usvaldo TRUJILLO, Petitioner,**

v.

**DEPARTMENT OF HOMELAND SECURITY, Respondent.**

**No. 2012–3192.**

United States Court of Appeals, Federal Circuit.

May 10, 2013.

ignation.

* Honorable Dee V. Benson, District Judge, United States District of Utah, sitting by des-

Lisa A. Freiman Fishberg, Schertler & Onorato, LLP, of Washington, DC, argued for petitioner.

James R. Sweet, Trial Attorney, Commercial Litigation Branch, Civil Division, United States Department of Justice, of Washington, DC, argued for respondent. With him on the brief were Stuart F. Delery, Principal Deputy Assistant Attorney General, Jeanne E. Davidson, Director, and Martin F. Hockey, Jr., Assistant Director.

Before MOORE, CLEVENGER, and REYNA, Circuit Judges.

PER CURIAM.

THIS CAUSE having been heard and considered, it is ORDERED and ADJUDGED:

AFFIRMED. *See* **Fed. Cir. R. 36.**